## ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

NEWMAN, GAJARSA, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Bryan D. BALDWIN, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2010–3131.

United States Court of Appeals, Federal Circuit.

March 21, 2011.

Dale L. Ingram, Law Offices of Dale L. Ingram, P.C., of Kansas City, MO, argued for petitioner.

Elizabeth M. Hosford, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

**PARKVIEW ENGRAVING LLC, Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Appellee.**

No. 2010–1399.

United States Court of Appeals, Federal Circuit.

March 21, 2011.

Lawrence J. Sklute, Sklute & Associates, of Potomac, Maryland, argued for appellant.

William J. Grimaldi, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were TONY WEST, Assistant Attorney General, Jeanne E.